O

1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11   ANTOINE REED,                    )   Case No. CV 15-05636-CAS (DTB)
                                      )
12               Petitioner,          )
            vs.                       )   ORDER ACCEPTING FINDINGS,
13                                    )   CONCLUSIONS AND
     J. SOTO, Warden,                 )   RECOMMENDATIONS OF UNITED
14                                    )   STATES MAGISTRATE JUDGE
                 Respondent.          )
15                                    )
                                      )
16   _____)

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

18   Petition, all the records and files herein, and the Report and Recommendation of the

19   United States Magistrate Judge. Objections to the Report and Recommendation have

20   been filed herein. Having made a de novo determination of those portions of the

21   Report and Recommendation to which objections have been made, the Court concurs

22   with and accepts the findings, conclusions and recommendations of the Magistrate

23   Judge.

24          IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted

25   and that Judgment be entered dismissing the First Amended Petition.

26
     DATED: March 6, 2017
27
                                         _____
28                                       CHRISTINA A. SNYDER
                                         UNITED STATES DISTRICT JUDGE

1