JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE REED,<br>Petitioner,<br>vs.<br>J. SOTO, Warden,<br>Respondent. | Case No. CV 15-05636-CAS (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is dismissed.

DATED: March 7, 2017

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE