O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE D. REED,<br><br>      Petitioner,<br><br>  v.<br><br>DANIEL PARAMO, Warden,<br><br>      Respondent. | Case No. LACV 15-5636-CAS (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

  Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

  Accordingly, IT IS ORDERED THAT:

  1. The Report and Recommendation is approved and accepted;

  2. Judgment be entered denying the First Amended Petition and dismissing this action with prejudice; and

  3. The Clerk serve copies of this Order on the parties.

DATED: February 14, 2019

                    _____
                    HONORABLE CHRISTINA A. SNYDER
                    UNITED STATES DISTRICT JUDGE