JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE D. REED,<br><br>              Petitioner,<br><br>        v.<br><br>DANIEL PARAMO, Warden,<br><br>              Respondent. | Case No. LACV 15-5636-CAS (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: February 14, 2019

                                      HONORABLE CHRISTINA A. SNYDER
                                      UNITED STATES DISTRICT JUDGE